UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIE J. STEVENSON,<br><br>      Plaintiff,<br><br>    v.<br><br>LISA WEICHOLD, et al.,<br><br>      Defendants. | No. 2:24-cv-1315 DC CSK P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. On February 10, 2025, defendants filed a motion to dismiss. (ECF No. 22.) On February 24, 2025, plaintiff filed a motion for briefing schedule, confirming his intention to oppose defendants' motion, but stating he is unaware of the briefing schedule applicable to defendants' motion. (ECF No. 23.)

Unless otherwise ordered, all motions to dismiss, motions for summary judgment, motions concerning discovery, motions pursuant to Federal Rules of Civil Procedure 7, 11, 12, 15, 41, 55, 56, 59 and 60, and Local Rule 110, shall be briefed pursuant to Local Rule 230(l).[1] Failure to

---

[1] Local Rules 230(l) provides: "All motions, except motions to dismiss for lack of prosecution, filed in actions wherein one party is incarcerated and proceeding in propria persona, shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Such motions need not be noticed on the motion calendar. Opposition, if any, to the granting of the motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in

1

timely oppose such a motion may be deemed a waiver of opposition to the motion. L.R. 230(l). Unsigned affidavits or declarations will be stricken, and affidavits or declarations not signed under penalty of perjury have no evidentiary value. Opposition to all other motions need be filed only as directed by the court.

Given the pendency of defendants' motion, plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a briefing schedule (ECF No. 23) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion to dismiss (ECF No. 22).

Dated: March 4, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/stev1315.230

---

question. Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions. The moving party may, not more than fourteen (14) days after the opposition has been filed in CM/ECF, serve and file a reply to the opposition. All such motions will be deemed submitted when the time to reply has expired." L.R. 230(l).