UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVIE J. STEVENSON,

Plaintiff,

v.

LISA WEICHOLD, et al.,

Defendants.

No.  2:24-cv-1315 DC CSK P

ORDER

Plaintiff filed a motion for extension of time to file objections to the July 25, 2025 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 32) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendation (ECF No. 31).

Dated:  August 18, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/stev1315.36

1